FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 12 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:17CR 00267 DPM |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 242 |
| | ) | (Deprivation of Rights) |
| | ) | **Count One** |
| v. | ) | |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | (Possession of a Firearm in Furtherance |
| | ) | of a Crime of Violence) |
| | ) | **Count Two** |
| | ) | |
| ERIC SCOTT KINDLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### INTRODUCTION

At all times relevant to this indictment:

1. Defendant ERIC SCOTT KINDLEY operated Group 6, LLC, doing business as Special Operations Group, and worked as a prisoner transport officer.

2. Local jails and prisons throughout the United States hired defendant ERIC SCOTT KINDLEY to transport inmates who were arrested on out-of-state warrants.

3. Defendant ERIC SCOTT KINDLEY transported these inmates back to the jurisdictions that initially issued the warrants.

4. Defendant ERIC SCOTT KINDLEY, by virtue of being hired by local jails and prisons, was required to act in compliance with federal, state and local laws, including the United States Constitution.

5. E.S. was a female pretrial detainee, pending resolution of her charges, and was transported from Shelby County, Alabama to Apache County, Arizona by defendant ERIC SCOTT KINDLEY while he was acting in his capacity as a prisoner transport officer.

6. Paragraphs One through Five are incorporated by reference in the counts below.

## COUNT I

### [18 U.S.C. § 242]

On or about January 28, 2017, in the Eastern District of Arkansas, defendant,

ERIC SCOTT KINDLEY,

while acting under the color of law, did digitally penetrate E.S.'s vagina and touch E.S.'s breast against her will, thereby willfully depriving E.S. of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and laws of the United States.  This act resulted in bodily injury and included aggravated sexual abuse, as defined in Title 18, United States Code, Section 2241, kidnapping, and the use of a dangerous weapon.

In violation of Title 18, United States Code, Section 242.

## COUNT II

**[18 U.S.C. § 924(c)(1)(A)]**

On or about January 28, 2017, in the Eastern District of Arkansas, defendant,

ERIC SCOTT KINDLEY,

did knowingly possess a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, the willful deprivation of E.S.'s right to bodily integrity under color of law, including aggravated sexual abuse and kidnapping, as alleged in Count One.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

[End of Text.  Signature page attached.]