FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0 8 2019

JAMES W. McCORMACK, CLERK
By: _____
                          DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:17-cr-00267-DPM-01 |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. §242 |
| | ) | (Deprivation of Rights) |
| | ) | **Counts One and Two** |
| | ) | |
| | ) | 18 U.S.C. §924(c)(1)(A) |
| | ) | (Possession of a Firearm in Furtherance |
| | ) | of a Crime of Violence) |
| | ) | **Count Three** |
| | ) | |
| ERIC SCOTT KINDLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### INTRODUCTION

At times relevant to this indictment:

1. Defendant ERIC SCOTT KINDLEY operated a prison transport company and worked as a prisoner transport officer.

2. Local jails and prisons throughout the United States hired defendant ERIC SCOTT KINDLEY to transport inmates who were arrested on out-of-state warrants.

3. Defendant ERIC SCOTT KINDLEY transported these inmates back to the jurisdictions that initially issued the warrants.

1

4. Defendant ERIC SCOTT KINDLEY, by virtue of being hired by local jails and prisons, was required to act in compliance with federal, state and local laws, including the United States Constitution.

5. A.M. was a female in custody, arrested on an out-of-state warrant, and was transported from Victoria County, Texas to Jackson County, Oklahoma by defendant ERIC SCOTT KINDLEY while he was acting in his capacity as a prisoner transport officer.

6. E.S. was a female in custody, arrested on an out-of-state warrant, and was transported from Shelby County, Alabama to Apache County, Arizona by defendant ERIC SCOTT KINDLEY while he was acting in his capacity as a prisoner transport officer.

7. Paragraphs One through Six are incorporated by reference in the counts below.

## **COUNT ONE**

**[18 U.S.C. § 242]**

On or about February 15, 2014 and February 16, 2014, in the Eastern District of Arkansas, and elsewhere, defendant,

ERIC SCOTT KINDLEY,

while acting under color of law, did cause A.M.'s mouth to have contact with his penis against her will, thereby willfully depriving A.M. of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and laws of the United States. This act included aggravated sexual abuse and kidnapping.

In violation of Title 18, United States Code, Section 242.

## COUNT TWO

**[18 U.S.C. § 242]**

On or about January 28, 2017, in the Eastern District of Arkansas, defendant,

ERIC SCOTT KINDLEY,

while acting under color of law, did digitally penetrate E.S.'s vagina and touch E.S.'s breast against her will, thereby willfully depriving E.S. of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and laws of the United States. This act resulted in bodily injury and included aggravated sexual abuse, kidnapping, and the use of a dangerous weapon.

In violation of Title 18, United States Code, Section 242.

## COUNT THREE

On or about January 28, 2017, in the Eastern District of Arkansas, defendant,

ERIC SCOTT KINDLEY,

did knowingly possess a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, the willful deprivation of E.S.'s right to bodily integrity under color of law, including aggravated sexual abuse, as alleged in Count Two.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

End of Text.  Signature page attached.