IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                          No. 4:17-cr-267-DPM

ERIC SCOTT KINDLEY                                              DEFENDANT

### ORDER

Kindley has written to the Court again about concerns with his appointed lawyer. The Court directs the Clerk to file the attached letter *ex parte* and under seal because it contains information about the attorney-client relationship. The Court will hold a hearing on Kindley's renewed request for another lawyer on 4 September 2019 at 2:30 p.m. The Court directs Mr. Tarver to send Kindley a copy of this Order.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 July 2019