IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                        No. 4:17-cr-267-DPM

ERIC SCOTT KINDLEY                                            DEFENDANT

## ORDER

The Court has received another motion from Kindley for a new lawyer.  The Court directs the Clerk to file the attachment *ex parte* and under seal.  And the Court directs Kindley's lawyer to send him this Order.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

29 July 2019