IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                         Plaintiff

v.                         No. 4:17-cr-267-DPM-1

ERIC SCOTT KINDLEY                                              Defendant

### REPORT ON DEFENDANT'S HOUSING (Doc. 51)

In Doc. 51, the court requested a report by October 11, 2019 on Kindley's location: *i.e.,* Would case preparation be easier if Kindley were housed in Little Rock? The answer is clearly yes. Defense counsel suggests alternatives:

First, Mason: Mr. Kindley is housed in Mason TN, which is about three hours away depending on traffic on what's proving to be a far more congested and dangerous I-40. It's been reported in the Arkansas Democrat-Gazette that I-40 traffic is one third higher than just six or so years ago, and it's now over 50% tractor-trailer traffic, 24 hours a day. Nearly once a week it seems there is a serious accident on I-40 that stops traffic for hours on end. Thus, a two hour visit for trial preparation is an all day affair, or it suggests spending the night. That's a serious waste of time and CJA funds.

Second, possible alternatives: Aside from the Pulaski County Jail, there are three other jails all a half hour from defense counsel's office, the others we only mention:

1.   Pulaski: Defendant prefers not staying at Pulaski for various personal reasons. He's been there before, and he's more likely transported some of their inmates. He fears being locked down all the time, and he's not locked down at Mason. The Pulaski County Jail, however, is five minutes from defense counsel's house and it's open 8a-7p seven days a week to defense lawyers. It is inexplicably closed on Monday holidays, but the jail will allow for those holiday

1

visits with minimal advance planning. Also, and importantly, Pulaski permits unfettered and unrecorded attorney-client calls by counsel giving his or her telephone number for entry into the call computer. This is important.

Defendant hasn't stayed at the other jails a half hour away, but this is defense counsel's experience:

2.   Sheridan: Sheridan City Jail is acceptable and has outdoor recreation. It only has a small room for attorney-client visitation, and the jailers work with defense lawyers well. The jailers respect the inmates and vice-versa and the defense lawyers' role.

3.   Saline: The Saline County Jail is also acceptable for the same reasons. Its attorney visitation area is a big room which is its video arraignment room and a classroom. It's secure for attorney-client communications.

4.   Lonoke: The Lonoke County Jail is unacceptable to defense counsel and most inmates as unsanitary and unsafe. In defense counsel's last efforts to see a client there, admittedly years ago now because defense counsel refuses to go back, the jailers there have no respect for defense counsel's time. Back then, defense counsel needed 10 minutes with a client to show papers, and the jailers made defense counsel twice wait inordinate periods of time without explanation, one time for nearly an hour. Waits happen of necessity for jail staffing and security reasons but jailers almost always tell defense counsel that's the problem and apologize. With Lonoke, accommodating defense counsel for an image is projected as an inconvenience, despite Ark. Code Ann. § 16-85-101[1] and the standing clause in all detention orders that defendant

---

[1] There can also be "lock downs" when inside because of emergencies. That's more likely at Pulaski just because of size: it houses 1,200 in about 20 cell blocks.
    If the Marshal is thinking of Van Buren County, that's slightly less than 90 minutes from Little Rock, and, the last time there this summer, defense counsel was literally ignored for well over 50 minutes trying to get out. One has to push a button on an intercom to the control room,

"must be afforded a reasonable opportunity to consult privately with defense counsel," here Doc. 23.

So, Pulaski it is if defendant is only locked down if a security risk develops for him which would be up to him to report. Plus, Pulaski has 20 cell blocks to move him around to.

Respectfully submitted,

JOHN WESLEY HALL
  Ark. Bar No. 73047
1202 Main Street; Suite 210
Little Rock, Arkansas 72202-5057
(501) 371-9131 / fax (501) 378-0888
e-mail:  ForHall@aol.com
  *Attorney for Defendant*

---

and there was no response to 6-8 calls to get out.