# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:17-cr-267-DPM

ERIC SCOTT KINDLEY            DEFENDANT

## ORDER

Report, № 53, appreciated. The Court directs the United States Marshals Service to house Kindley at the Pulaski County Regional Detention Facility, the Sheridan Detention Center, or the Saline County Detention Center so that he and his lawyer can more effectively prepare for trial. In light of the possible security concerns, the Court leaves the choice among those options to the Marshals' judgment.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 October 2019