IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                        ) | 4:17CR-00267-DPM |
| ) | |
| ) | |
| ERIC SCOTT KINDLEY | |

## JOINT DISCOVERY STATUS REPORT

Pursuant to the Court's Order dated November 5, 2019, (Doc. 70), directing the parties to file a status report regarding discovery, the United States, by and through the undersigned prosecutors, in consultation with John Wesley Hall, attorney for the defendant, files this status report.

Notwithstanding the United States' motion for the previous defense counsel to return discovery, the United States provided discovery to Mr. Hall after the Court entered a renewed protective order on October 15, 2019. As of October 18, 2019, Mr. Hall received, or has access to, all discovery that had thus far been provided to the previous counsel of record. Mr. Hall recently purchased a hard drive, and the parties will work together to ensure that all of the digital evidence is downloaded onto his hard drive. Mr. Hall will therefore have his own copy of, rather than just access to, the digital evidence.

Mr. Hall, however, still does not have access to the work product of the previous counsel for the defendant, Chris Tarver, and Mr. Hall will contact Mr. Tarver to gain such access.

Respectfully submitted,

ERIC S. DREIBAND
Assistant Attorney General

Civil Rights Division
U.S. Department of Justice
*s/ Fara Gold*
FARA GOLD
Special Litigation Counsel
MAURA WHITE
Trial Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530