## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**USA**                                                                **PLAINTIFF**
Counsel: Fara Gold and Maura White

**v.**                          **No. 4:17-cv-267-DPM**

**ERIC SCOTT KINDLEY**                               **DEFENDANT**
Counsel:  John Wesley Hall, Jr. and Samantha Carpenter

### MINUTES  - CRIMINAL JURY TRIAL

**Judge: D.P. Marshall Jr.**
**Reporters: Christa Jacimore/Margie Kruse/**
**Judy Ammons/Kathy Maloney**
**Clerk: Chelsea Wilson**
**Courtroom Deputy: Sherri Black**

### FRIDAY, 6 MARCH 2020 - DAY ONE
Court Reporter: Christa Jacimore

9:33 a.m.    The Court is on the record

9:45 a.m.    Venire enters the Courtroom. Court calls the case for Jury Trial
and conducts preliminary voir dire and excused some of the
venire for cause

10:18 a.m.   Thirty-two called from the venire and seated for further voir
dire. Others excused for cause.

10:41 a.m.   Break

10:55 a.m.   Back on the record
Additional Jurors excused

12:41 p.m.   Jury excused for break

12:49 p.m.   Break

1:36 p.m.   Back on the record

Additional Jurors excused for cause

1:48 p.m.   Voir Dire by counsel for Government, Fara Gold

1:59 p.m.   Voir dire by Defense counsel, John Wesley Hall

2:02 p.m.   Court's voir dire continues

2:09 p.m.   Break

2:30 p.m.   Back on the record

Additional Juror struck for cause

2:49 p.m.   Back on the record for hearing on strikes

No Batson challenges

2:50 p.m.   Venire seated

2:52 p.m.   Jury of twelve and two alternates seated and sworn

2:54 p.m.   Preliminary instructions

3:51 p.m.   Jury excused until 8:30 a.m. on 9 March 2020

4:55 p.m.   Court in recess until 8:15 a.m. on Monday, 9 March 2020


**MONDAY, 9 MARCH 2020 - JURY TRIAL - DAY TWO**
Court Reporter: Christa Jacimore


8:21 a.m.   Back on the record outside the presence of the Jury

Govt Exhibits Admitted: 1, 9, 11-15, 17-22, 24-57, 60-61

8:29 a.m.   Break

2

8:37 a.m.   Back on the record

            Motion No. 112 granted

8:40 a.m.   Jury seated

8:41 a.m.   Opening statements by Government, Atty for Government: Maura White

8:51 a.m.   Opening statements by Defense, Atty for Defendant, John Hall

9:01 a.m.   Government's proof begins.  Government calls Witness 1, E.S. Direct examination by M. White

               Exhibits:  Govt. 61, 24, 26, 28, 32, 36, 42, 49

10:12 a.m.  Break

10:34 a.m.  Back on the record

10:36 a.m.  Jury Seated

            Questioning of Government Witness 1, E.S., continues

               Exhibits: Govt. 12 and 1

10:55 a.m.  Cross examination of Govt Witness 1 by J. Hall

11:19 a.m.  Redirect of Govt. Witness 1, E.S., by M. White

11:25 a.m.  Recross of Govt. Witness 1 by J. Hall

11:26 a.m.  Government calls Witness 2, R. Talasek.  Direct examination by F. Gold

11:42 a.m.  Cross of Government Witness 2, Talasek, by J. Hall

11:48 a.m.  Redirect of Government Witness 2, Talasek, by F. Gold

11:53 a.m.  Recross of Government Witness 2, Talasek, by J. Hall

11:55 a.m.  Jury excused for break

11:57 a.m.  Break

<u>Court Reporter: Margie Kruse</u>

1:00 p.m.   Back on the record

1:01 p.m.   Jury seated

Government calls Witness 3, J. Dedman. Direct examination by F. Gold

1:06 p.m.   Government calls Witness 4, J. Craig.  Direct examination by F. Gold

1:16 p.m.   Cross of Government Witness 4, J. Craig, by J. Hall

1:20 p.m.   Redirect of Witness 4, J. Craig, by F. Gold

1:20 p.m.   Government calls Witness 5, K.G.

1:23 p.m.   Instructions given to Jury regarding Witness K.G.

Direct examination of Witness 5, K.G. by F. Gold

Govt Exhibit 36

2:12 p.m.   Break

2:34 p.m.   Back on the record outside the presence of the Jury.  Addressed questions by Jurors

2:39 p.m.   Jury Seated

Introduction of Court Staff to Jury

2:42 p.m.   Cross examination of Witness 5, K.G. by J. Hall

2:49 p.m.   Redirect of Witness 5, K.G., by F. Gold

2:51 p.m.   Recross of witness 5, K.G., by J. Hall

2:52 p.m.   Government Witness 5, K.G. excused

2:58 p.m.   Court in recess until 8:15 a.m. on 10 March 2020


## TUESDAY, 10 MARCH 2020 - JURY TRIAL - DAY THREE

### Court Reporter: Judy Ammons

8:17 a.m.   Hearing outside the presence of the jury 8:50 a.m.

4

8:26 a.m.      Break

8:32 a.m.      Back on record

                Jury seated

                Schedule of trial discussed

                Limiting instruction given

8:43 a.m.      Government calls Witness 6, M.P.  Direct examination by F. Gold

                     Government Exhibit 36

9:13 a.m.      Cross examination of Government Witness 6, M.P. by J. Hall

9:20 a.m.      Government calls Government Witness 7, S. Johnson.  Direct examination by M. White

9:31 a.m.      Cross examination of Government Witness 7, S.J., by J. Hall

9:32 a.m.      Redirect of Government Witness 7, S.J., by M. White

9:34 am.       Break

9:51 a.m.      Back on the record

9:53 a.m.      Jury seated

                Government calls Witness 8, G. Young. Direct examination by M. White

                     Government Exhibits 50 and 16 admitted (Maps only – the remainder for demonstrative purposes only)

10:42 a.m.    Cross of Government Witness 8, G. Young, by J. Hall

10:43 a.m.    Redirect of Government Witness 8, G. Young, by M. White

10:45 a.m.    Recross of Witness 8 by J. Hall

10:48 a.m.   Government calls Witness 9, K.K. Direct examination by F. Gold

Instructions given

     Government Exhibit 36

11:16 a.m.   Cross examination of Government Witness 9, K.K., by J. Hall

11:18 a.m.   Government calls Witness 10, R. Sweet.  Direct examination by M. White

     Government Exhibit 16 – map from page 6, Exhibit 14 & 15

11:54 a.m.   Cross examination of Government Witness 10, R. Sweet, by J. Hall

11:55 a.m.   Jury excused

12:00 p.m.   Break

Court Reporter: Margie Kruse

1:04 p.m.    Back on the record

     Government Witness 11, T.W. seated

1:08 p.m.    Jury seated

1:12 p.m.    Instructions given.

Direct examination of Government Witness 11, T.W., by F. Gold

     Government Exhibit 36

1:26 p.m.    Cross examination of Witness 11, T. W. by J. Hall

1:28 p.m.    Redirect of Witness 11, T.W. by F. Gold

1:29 p.m.    Recross of Witness 11, T.W., by F. Gold

6

Break

1:36 p.m.     Government Witness 12, A.M., seated.

1:42 p.m.     Direct examination of Witness 12, A.M., by F. Gold

Government Exhibit 36

2:22 p.m.     Cross examination of Witness 12, A.M. by J. Hall

2:27 p.m.     Break

2:49 p.m.     Back on the record

Court's Exhibit 1 marked

2:54 p.m.     Jury seated

Government calls Witness 13, K. Roberts.  Direct examination by M. White

Government Exhibits: 37, 36, 47, 13, 9, 16, 14, 15, 60, 21, 22, 11 a&b, 20, and 58 (admitted)

3:45 p.m.     Jury excused

3:46 p.m.     Court is in recess until 8:15 a.m. on 11 March 2020.

## WEDNESDAY, 11 MARCH 2020 - JURY TRIAL - DAY FOUR

Court Reporter: Kathy Maloney

8:25 a.m.     Back on the record outside the presence of the Jury

8:26 a.m.     Break

8:34 a.m.     Back on the record

Jury seated

8:36 a.m.     Government recalls witness 13, K. Roberts, to the stand. Direct examination by M. White

Government Exhibits: 11b, 16, 61, 18, 54

8:49 a.m.     Cross examination of Witness 13, K. Roberts, by J. Hall

Government Exhibit: 37

9:01 a.m.     Redirect of Government Witness 13, K. Roberts, by M. White

9:02 a.m.     Government calls Witness 14, R. Martinez.  Direct examination by M. White

9:11 a.m.     Cross examination of Government Witness 14, R. Martinez, by J. Hall

9:14 a.m.     Government calls Witness 15, T. Smith.  Direct examination by F. Gold.

9:34 a.m.     Cross examination of Government Witness 15, T. Smith, by J. Hall

9:42 a.m.     Redirect of Government Witness 15, T. Smith, by F. Gold

9:45 a.m.     Recross of Government Witness 15, T. Smith, by J. Hall

Government rests

Jury excused

9:47 a.m.     Break

10:04 a.m.    Back on the record

The Court heard argument from counsel, J. Hall and F. Gold

Defense identified Exhibits 1a, 1, 2, & 3 (1a, 1, 3 admitted)

Motion to acquit, denied

10:33 a.m.    Break

11:25 a.m.    Back on the record

The Court revised its ruling the motion for acquittal. It will reserve the ruling.

Defendant will not testify. He was advised of his rights.

11:36 a.m.   Jury Seated

11:38 a.m.   Defense rests

11:43 a.m.   Jury excused until 8:30 a.m. on 12 March 2020

11:44 a.m.   Break

1:40 p.m.   Back on the record outside the presence of the Jury regarding exhibits, Jury Instructions, and closings.

2:41 p.m.   Court in recess until 8:15 a.m. on 12 March 2020

## THURSDAY, 12 MARCH 2020 - JURY TRIAL - DAY FIVE

Court Reporter: Kathy Maloney

8:16 a.m.   Back on the record outside the presence of the Jury

8:24 a.m.   Break

8:29 a.m.   Back on the record

8:32 a.m.   Jury seated

8:40 a.m.   Jury instructions read

9:26 a.m.   Break

9:42 a.m.   Back on the record

9:45 a.m.   Government's closing argument by F. Gold

10:25 a.m.   Defense's closing argument by J. Hall

10:54 a.m.   2nd closing by Government by F. Gold

11:03 a.m.   Final Jury instructions given

| 11:07 a.m. | Alternates excused |
| | Bailiff sworn |
| 11:07 a.m. | Jury deliberations begin |
| 11:10 a.m. | Break |
| 12:53 p.m. | Back on the record regarding information from Jury re: verdict |
| 12:54 p.m. | Jury seated |
| | Verdict read – Defendant found guilty on all three counts |
| 1:02 p.m. | Jury discharged |
| | The Court ruled on Defendant's motion.  It was denied |
| 1:06 p.m. | Court adjourned |
| | Exhibits returned to counsel |