# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                             No. 4:17-cr-267-DPM

**ERIC SCOTT KINDLEY**                                                                    **DEFENDANT**

## SENTENCING SCHEDULING ORDER

Sentencing is set for **17 November 2020 at 9:00 a.m. in Courtroom B-155.** So the Court and all parties can prepare for the hearing, the Court sets the following schedule.

- Final PSR, including responses to objections, circulated .................................................................**12 October 2020**

- Motions to depart or vary and sentencing memoranda filed .....................................................**20 October 2020**

- Joint notice by filing about witnesses, estimated hearing length, likelihood of third point, and applicability of safety valve, and any other case-specific issue that the Court needs to prepare for ..................................................**30 October 2020**

- Responses to any departure or variance motions and responding memoranda filed ..........................**30 October 2020**

If any of these deadlines is not met, then the sentencing will be continued absent extraordinary circumstances.

So Ordered.

*[signature: DPMarshall Jr.]*
D.P. Marshall Jr
United States District Judge

<u>1 June 2020</u>