# United States v. Eric Scott Kindley

# Redacted Victim Impact Statements

**Exhibit #1: Victim Impact Statement from A.M.**

September 11, 2020

Dear Judge:

My name is A.M. and thank you for giving me this opportunity to make a statement about what Eric Kindley did to me. It's amazing to me, but I pretty much knew instantly that there was something not right about Kindley. It was something about his eyes and the way he looked at me. I immediately got sketched out when getting in to the transport van, because he had me sit right behind him and as an inmate, I always thought that we sat in the very back, away from the drivers. I even asked him if I could go to the very back and he wouldn't let me. I caught him looking at me through his rearview mirror and that really creeped me out. He seemed gross because of the weird and personal questions he would ask me and honestly, I just got very bad vibes from him. I spent more than two days with him driving and I just couldn't relax. I didn't want to let myself fall asleep. I worried about what he might do. And every time I dozed off, I'd wake myself up by jumping a little, thinking he was going to do something. I can't describe the fear I had for him, except but to say that it was the way he looked at me that let me know that he wasn't right.

I still to this day, have this recurring nightmare that I'm running from him, in the dark and that I can see a light ahead and I run towards the light thinking I will be safe, and there he is. And then I wake up. The only way to describe who I am today, is that I am numb all the time. And I have been numb since the day he assaulted me. This may sound crazy but to this day, I feel like I have to wash my mouth out with bleach to get him out of my mouth. Even in prison where I am now, I brush my teeth with bleach and I literally panic when I think I might not be able to get some bleach. It was just so disgusting for him to do that in my mouth and even after all these years, I can't get the taste or the feeling out.

I have panic attacks at the thought of him and have terrible anxiety and sadness because of what he did to me. And what is worse is that I am incarcerated and cannot get any treatment for how I am feeling. I literally sit in here alone with my own thoughts. I have to live with this all by myself. And I can't trust anyone in here, the guards, no one because I feel like if they knew that I told on a fellow law enforcement person, that they would think I was a snitch and do something

to me, retaliate against me in some way.   You can't be an inmate who causes problems and I'm afraid if they knew about all of this, that they would see me as a troublemaker.  After what he did to me, I'm scared of everything.  Scared of being around other people, but also scared to be alone.  It's the craziest thing to not be able to be alone but also not want to be around anyone else.  This is just such an ugly thing that has happened to me and I feel so much shame.  I push people who care about me away.  I fell in to drugs because of this.  The drugs helped me to stay awake so I wouldn't go to sleep to then have the nightmare of this.  The drugs kept me numb from everything bad that I was feeling.  I need so much help when I get out of here.  It's going to take me having years of therapy to deal with all this trauma.

Coming to court to testify was one of the hardest things I have ever had to do.  I didn't want to do it.  At first, I was so nervous because Kindley told me he knew a lot of people in law enforcement and that no one would believe me.  Even up until right before I got on the stand, I still felt like Kindley was in control and that he was going to have a courtroom full of law enforcement and supporters there for him.  It went through my mind that he was probably even friends with the Judge because that's what he told me – that he had contacts in high places.  I never thought that anyone would believe me because of what he told me.  I even thought at first that Maura and Fara might have been there questioning me to help their "friend" out, not me.  I know now that it was my mind playing tricks on me.  He put a lot of fear in me.  Now I am able to see that people were trying to help me.  That they were there protecting me and treating me with respect.  I just want to thank the entire team who helped me from the bottom of my heart, for believing in me and protecting me.

I think Kindley should know that he took a lot from me and all of us victims – he took the spark out of all of us.  But I do believe that I can overcome this…I can get back what he took from me.  Even though I'm in prison, I do want to know what happens to him at sentencing and I honestly believe that he should spend the rest of his life in prison.  If he were ever released, he should have to register as a sex offender and never be allowed to work in law enforcement or around people like me who are in jail, ever again.

Sincerely,

A.M.

**Exhibit #2: Victim Impact Statement from E.S.**

Victim Impact Statement from E. S.

September 2, 2020

To the Honorable Judge:

Thank you for this opportunity to provide a statement of the impact that Eric Kindley has had on my life. I don't even really know where to begin.  I never asked for any of this to happen to me.  It is a despicable crime, and oddly enough I think I may be the first person or one of the first people to report what he did to me.  I cannot even imagine what he has done in his official capacity – he took advantage of his "so called" authority.  He preyed on vulnerable, shackled, female inmates.

I can only speak for myself but I will say this.  When I got in to that van, I trusted Eric to do his job which was to transport me from point A to point B to handle my legal matters.   And what happened instead was that he pulled over to perform despicable acts that have forever changed my life and changed who I am as a person.  He robbed me of everything.  He robbed me of trust in law enforcement…he sadly helped me to gain mental and emotional damage that will stick with me for the rest of life.

How could a vulnerable, shackled inmate know this was going to happen?   He was ruthless knowing that he was going to commit these acts as he picked women up.  I think because he got away with this for years, he felt untouchable, powerful, and above the law.  He showed no remorse in trial and certainly no remorse after committing these criminal acts.  But I know that he also never expected that women nationwide, who never knew each other, who had never met one another, would come forward and tell their story.  Walking in to that courtroom during trial was emotional to say the least.  I was distraught and struggled to find the mental strength to tell my story.  I struggled to tell my story because how could I trust a jury or system that let me down before, not to let me down again?

I felt helpless and I was alone the day that this happened to me.  I was in in the hands of what I thought would be the law and a person that was there to protect me.  I encountered countless officers through 9 states, 1500 miles, and feared all of them.   I still struggle with any sort of LE and probably forever will. Mental/emotional breakdowns have become my new normal since January of 2017.  I still have very strong feelings of frustration since the incident happened.  I'm vulnerable and I blame myself every day. Looking at Eric during trial – my stomach flipped and I instantly was filled with anger.  I was disgusted.  I had flashbacks.  Eric took more from me than I ever expected.  Every single day I wake up and I feel like I have failed and that has become my new daily struggle.  I now suffer with anxiety and depression. I have triggers and insomnia.   I'm unable to hold a steady job and I'm now also on medications for depression and anxiety.   I overthink every action of my everyday life.  I'm overly protective of everyone in my family.  It's hard for me to enjoy everyday life in general and most days I'm incapable of giving my best performance as a mother, wife, sister, aunt, daughter, and employee.

My fiancée and my kid always say to me that I am so withdrawn.  My kid plays baseball and he always says I'm there but NOT *there*.  My fiancée says I'm shut off.  We've been talking about a baby for 5 years now and that's not going to happen.  Physically, I'm just not there and that breaks my heart.  I have a failing marriage before I am even married.   I have my really low days where there are times that I just can't get out of bed.  They know that's there's something going on with me…they know I have issues but

how do I let a little kid understand what is going on with me.  It's not fair to a child to have to see this or take on this burden.

My relationship with my siblings has been broken. They read things on the internet about this case and what happened to me that I didn't necessarily share with them.  It was stuff that I hadn't yet told them and they felt like I had left out information or not trusted them enough to tell them and now what I have are some broken relationships with my siblings all because of Eric Kindley.

Here I am more broken than I was because of getting in trouble.  Even though I put my legal stuff behind me years ago, here I am more broken.  I had never been in trouble a day before I got in trouble and I don't plan to ever get in trouble again because of this experience, I will never ever do anything to put myself in to a position where I would be arrested and near someone who would have control over me like Eric Kindley did.  Tons of self guilt and blame comes from this.   Because I often beat myself up thinking that if I just hadn't gotten in trouble, I would never have had this terrible experience.

Writing this statement, or even thinking about this statement has really taken a toll on me.  I have put it off for so long, I have thrown up over the thought of writing it.  I just didn't want to face this.  What else can this guy take from me?  I just really need to put this behind me but I can't.  I know one thing though, I don't want to live the rest of my life in fear so I know that doing this statement, speaking up at sentencing, is part of the way that I will heal.

My experience with this process has come full circle for me.  When FBI first called me – I avoided them for weeks.  I avoided all of the prosecutors' calls.  At the time I didn't believe they would do anything for me.  It took me a solid 3 years to finally trust them with my story.  The prosecution team ended up being a huge support to me but it took a very long time for me to get there.  I have had multiple times where I've seen a police officer and been convinced that they want to talk to me about this case.  My anxiety about this case has isolated me in a way that every time I go out, I'm convinced someone wants to talk to me and I just don't feel like I can escape this. It's amazing how much things turned around though, because I ended up feeling like if it weren't for Fara, Maura, Kyle from FBI, and my victim advocate, I would have never made it through trial.  Kyle really had to go over hoops with me – he saw me through good and bad days and definitely helped me find my courage.  I really appreciate the time and efforts of Melissa, my victim advocate.  She helped me to speak my words and was literally a shoulder to cry on during trial, after and so on.  I wouldn't be able to do any of this without each and every one of the folks on the prosecution team.

When I think about sentencing, I don't know what a proper punishment would be.   I do know that I'm petrified if Eric was ever given another chance at freedom he would find his victims and probably kill them.  He likely has a vendetta against us for coming forward and telling our stories and I do believe if he were let out, he would come after me.  He did this for 15 years before even being caught.  Fifteen years plus of causing emotional, physical, and mental damages equals a lifetime in jail, as far as I'm concerned, but honestly, I want to leave it up to the Judge to decide.

How do you put a time on one person's experience?  When there are so many victims?  That's a countless number honestly.  I don't think he should ever be given parole.  I'm speaking for all victims when I say this, but if he got out, he'd come after all of us.  He knows how to portray himself as an authority figure of the law so he could figure out a way to get us.  He's got nothing but time on his hands so I believe he could conjure up all sorts of plans for revenge.  The final thing I'd like the court to know is

that I have had financial impact as a result of what he did to me.  I've had a loss of wages because I wasn't able to work after this.  Before this happened to me, I was running my own company and I was making 75,000 to 80,000 a year, now I can't even work!   I lost my business - I walked out of jail with a new problem and that problem is Eric Kindley.  I also have had to go to therapy and have attended at least fifteen sessions with a $225 copay each time.  That is over $3,000 that I have spent working on my issues caused by Eric Kindley.  The medications I am prescribed for anxiety and depression are also not cheap.  They have cost me approximately $100 monthly over the last three years which adds up to around $3600.00.  This has been a journey to say the least and I don't think I can bear any more losses.


Sincerely,

E.S.

**Exhibit # 3: Victim Impact Statement from M.P.**

Victim Impact Statement from M.P.                                    October 8, 2020

Growing up in a colored neighborhood, it was a "thing" not to like the police.  I never disliked them, I never had a problem with police….now, SMH I question everyone.  My mom says I'm distant and my cousin thinks I have PTSD, because I'm very impatient stemming from me feeling like my time was taken and I could have lost my life.  I hate him, I hate him a lot, and for some stupid reason, I know hurt people hurt people and I think he needs help.  In order to fix a problem, we gotta get to the root of the problem.  Maybe I'm living in a fantasy world because I just don't want to believe that a person could be so disgusting and heartless.  He said he didn't remember me, he remembers me, he knows he does.  How is it that multiple girls have the same story almost?  About the same person:  never once meeting one another.  Well, I met J.  It all makes so much sense why he was so serious and angry at us talking.  He was friends with the Officer who released me to him the second time.  After I told him what Kindley did, he should NOT have let that man take me.  Furthermore, he should never have been authorized to travel alone with a woman even for one mile.  I wanted to only say that black women are the most unloved, unprotected, and ignored creatures on the Earth and we will ALWAYS be TOO LOUD for a country that never wanted to hear us in the first place.

I run away from things that do not feel good to me.  From people who harm me or are negative.  It's how I keep my sanity.  I'm happy when nothing bad is going on or happening to me.  I learned that nobody wants to be hurt, no one likes pain, sadness, anger, etc. but we forget that if we want to *FEEL* all the good feelings, we have to accept the bad ones as well.  I have to learn to sit in my sadness.  This is one of those times.  I've managed to erase it from my head to get by.  Only having small moments of anger when I'm reminded of what happened to me in that bathroom.  I hate sex!  I'm currently single and sad but I don't know what to do about it.  My closest "friends" are my little cousins (aged 12-15), their friends, and my daughter.

**Exhibit #4: Victim Impact Statement from K.G.**

<u>K.G.</u>

I have dreaded writing this letter to the courts but I feel it needs to be done to help me continue in my healing process. I had really hoped it would have been all over after I testified, and that I wouldn't have to think or talk about it again, but it isn't as easy as that.

As I watched Kindley in the court room showing absolutely no remorse for all the women he hurt, it made me realize that I needed to do more of my part to get him convicted for a long time. Even though what he had done to me happened 7 years ago, it still seems like yesterday. I consider myself a strong individual, and I hate to admit that the sexual assault has had a lot of long lasting effects in my life.
I have a hard time trusting any male authority figure, especially in the justice system. I can't call an uber or take a taxi, or even sit comfortably in the back of a car being drove by a male that I don't know. Driving in a Mini Van is out of the question. I would walk miles in the freezing cold or extreme heat before getting into a Mini Van of any kind.

I had a fearless spirit about me, I guess you can say I was head-strong. I wasn't afraid of anything, and  that made me part of who I was. That part of me is gone after that whole experience. I use to say feel the fear and do it anyway but now I rather stay in the shadow of things. I'm so afraid of authority that I stay quite and don't stand up for myself like I did prior to my assault.  I am more withdrawn and quite and am very timid of talking to people I don't know. This experience has changed my whole personality completely. I have not, however, relapsed back into my life of drug abuse. That is one thing that I will not let this horrible experience take away from me! I have been sober for 8 + yrs now. Erik Kindley has hurt me in such a way, but I will never let him have that power.

I have horrible nightmares of that night, many times I wake up crying from them. My husband helps me get through them.  I am not as sexual with my Husband as I once was. I am hoping that through my counseling, I will be able to work through that. I am thankful that I have a wonderful understanding man in my life.
This man has hurt so many women, and has no remorse at all for what he has done. He is habitual, he has no conceince and there is no doubt in my mind that if he was not caught he would still be out there doing the same thing over and over again. I hope that the courts give him what he, in a way, has taken away from so many... LIFE.

**Exhibit #5: Victim Impact Statement from J.M.**

Victim Impact Statement from J.M.                                    October 7, 2020

Eric Kindley abused me right after I became a new mom and caused me to lose precious time with my new baby.  In fact, my being in custody and the mental stability I lost after he assaulted me, caused for my son's father to petition the Court and take custody of my son away from me.  To this day, I am still fighting to have my custody restored but because my son's father thinks I'm unstable and because I am still in therapy for what happened to me, I haven't been able to get custody back.  My mental stability has never been the same and I currently suffer with paranoia that people are watching me or are after me.  What he did to me also made me fear law enforcement and I have lost trust in everyone after learning that he faked like he was law enforcement when he really wasn't law enforcement at all.  How can I trust anyone after this?

This has made my life a living hell to be honest.  It's truly been an absolute nightmare.  This is hard for me to talk about but I have to say this.  Kindley assaulted me while I was on my period, and now, every month when my period starts, I am reminded of what he did to me.  My cycle won't let me forget that day.

I have had to be in therapy because of this.  It's been a big relief to know that the Government cared enough to prosecute this case and that I was always on somebody's mind.  Victims are often forgotten.  I know you all cared and I have always been offered help when I needed it.  I am also grateful that the team stayed in touch and tried to let me know what was going on.  When the case was still pending it was so stressful hearing from the government because I was constantly reminded of what happened but now I am reassured knowing that he has been convicted.  I feel safer now that he's locked up and I feel like I can begin to put my life back together.  Kindley's crimes have no doubt impacted all of his victims greatly and have affected everyone differently, and for that reason, he should be given the maximum. He must pay the price for each and every victim that he did something to.  Sadly, now all of us have these personal issues we're going to have to deal with for the rest of our lives.

**Exhibit #6: Victim Impact Statement from M.L.**

August 4, 2020

Victim Impact Statement from M.L.

To the Presiding Judge:


The feelings I had when this first happened back in 2015 carry on in my day to day life now.  I'm wary of government officials because of what Eric Kindley had said and done during my transport.

I began to think and still believe if a person of authority could do this to me without repercussions, who else could hurt me or my family?

My family and loved ones noticed the change in me from once being an overly trusting person to now a very cautious individual.

People used to be just people to me.  Good or bad, I never judged anyone.  After the incident happened, I constantly found myself wondering what a person's motives might be towards me.  Were they going to somehow hurt me or my family?  How can I possible trust anyone anymore?

Being a victim has caused people in my life whom I love, and those who have come to meet me, to judge me based on my experience, in spite of whether or not they should.  I choose not to socialize very much anymore.

The feelings I carry now on the criminal justice system, to say the least, are very flawed.  How can a person who has been exposed to someone in this "position of authority" and transported across country with no other authority figure present be expected to trust any official again?

The offender in this case used his so called "position of power" to cause myself to endure undue stress, grief, and loss of self-worth.

I only pray and hope that he will never again be able to hurt another person, as he did to me.


Thank You,

M.L.

**Exhibit #7: Victim Impact Statement from M.M.**

July 24, 2020


Victim Impact Statement from M.M.:


What I would like to say is that I don't think I've ever felt more happy or more thankful than when I finally reached the jail in New Mexico that I was being transported to. Once I saw that jail, at 2 a.m. in the morning, I felt so relieved because the 16 hour transport with Kindley was very awful and extremely creepy. Being buzzed in was my relief that nothing was going to happen to me and that I was finally going to get away from him.

I feel very fortunate that he never actually abused me but I will say that I immediately got a bad feeling about him. I didn't feel good that I was the only one with him. He pretty immediately started acting shady and began talking to me sexually. He also went out of his way during those 16 hours, to go to very dark and remote areas and I couldn't figure out why he would be doing that. Especially because he was supposedly just giving himself insulin and could have easily done that in fast food parking lots where he stopped to eat. I didn't go to sleep on that ride because I knew I was by myself and that I should not take my eyes off him or be unaware of everything he was doing. I also made sure to ask to sit in the very back and on the passenger side so that I could watch him.

I was raised in a family with a lot of street smarts. I have good instincts too. No one in my family or my friends knew that I had been locked up and I got a bad feeling that something may happen to me with him so I found a way to get him to call one of my friends. When he was talking about sex to me, I made sure to tell him about a friend of mine in California who works as an escort. I gave him her number and told him he should call her next time he was in California and that he should call her right then so that she could save his number. He did call her and this was my way of letting my friend know that I had been arrested and was being transported. She picked up on how weird the call was and called my parents. This was my way of letting them know where I was in case I disappeared or something.

I feel so bad for these girls that actually got assaulted, I'm very grateful and thankful that it didn't happen to me. The whole time I was with him, I was thinking about ways I was going to survive. Ways that I could protect myself. Ways that I could fight him if he tried anything on me. I made him aware that I had family who were locked up in prison and that they would come get him. I think this is what saved me.

In a very weird way, I feel like this experience saved me. It woke me up. I could have been a worse victim that night. I could have been raped or killed. After that night, I knew that I never wanted to get in trouble ever again to put myself in a position where I would be vulnerable. A situation where I would be locked up with no freedom to protect myself. I knew that if I kept getting in trouble, that I would again be in positions where I would be around creeps like him and I decided I didn't want that. I got sober and have been that way for several years now. My life is so much better now because of that night.

I don't like people like him – he exploited the fact that I was a woman in custody – I don't like men who sexually assault women.  He has caused so much trauma to so many other women.  He should be punished severely for his behavior.  I look forward to hearing from the attorneys after sentencing.  I want to know that he is punished for destroying people's lives and exploiting women.

Thank You,

M.M.

**Exhibit #8: Victim Impact Statement from J.S.**

October 6, 2020

Today I would like to thank your honor and the court for giving me the opportunity to address the court. And as I speak to the court today, I apologize, because the person I am speaking towards is a monster to the worst degree. As a human being I am and was then, I now have the opportunity to finish this nightmare by telling you how YOU changed my life and others and I hope I am speaking for all of us. I want these words to forever haunt you, as today is YOUR JUDGMENT DAY.

My only child went to be with the Lord at the age of 26 knowing what you did to her mother. Did you ever think about that? We are daughters, wives, sisters, aunts, granddaughters, and mothers. As you never thought of that, I pray for your mother and all the females in your family for they endured pain as well from your horrific actions. I ask why me and I now know that it is for THIS moment. So now there is one question I must ask: what causes a son to consciously, methodically, and deliberately rape, torture, and terrify vulnerable women who YOU were supposed to protect until reaching our designated destinations. All of your stories and lies and insidious behavior has brought us here to this very moment.

My life, due to your disregard for women, has forever changed me and all of us that you hurt. In my own experience, I can no longer work. I have been afraid to leave my house. I no longer trust men (especially ones who are supposed to protect me). I no longer trust the judicial system, so I especially pray to court and the judge for relief in this matter. I have gone through endless hours of therapy and medications to control the panic attacks, night terrors, and depression that I have felt. At 57 (probably close to your mother's age), my pain is for the girls and women younger than me who are now left with a future they did not choose … none of us did. I pray for our recovery from your despicable actions.

YOU ARE NO DIFFERENT THAN JEFFREY EPSTEIN OR HARVEY WEINSTEIN … except that you did not have the resources …  thank you, Lord for that.

Now I ask and pray to the Court and your honor to impose the harshest sentence under the law. That you never see the sun rise again and you try to remember what that looks like. That you never procreate and have a family and get to watch them grow up and be proud of them. But most of all, that you are condemned to think about what your life could have been and what ours has become.

Respectfully, I ask and pray to the Court.

**Exhibit #9: Victim Impact Statement from S.H.**

10/2/2020                                   Victim Impact Statement from S.H.

I want the Court to know that what Eric Kindley did to me has affected my life dramatically.  I feel dirty and I feel gross.  I have constant nightmares and I hate men because of him.  It has affected my marriage.  Just to even be touched by my husband is a problem. My romantic relationship is so screwed up.  R. is so good to me but I can't have intimacy with him.  I blame him and treat him badly.  I say crazy things to him and it was never his fault   I have been really mean to him.  This has done terrible things to my husband too.  He has to watch me suffer.  R. is my life line, he is all I have, and here I am locked up again on the same charge that just won't go away and I can't even talk to him.  I have panic attacks and suffer from PTSD.

I am literally locked up right now on the same warrant that I had when I got assaulted.  That should have been taken care of a long time ago but I am too scared to go back to that county or state because of Kindley.  And even right now, the thought of being transported because I'm in custody makes me sick – I am tortured over this.  I've tried to hang myself twice after being arrested in jail out of fear that something would happen to me in jail. What started out so small in terms of that warrant, has turned out to be such a huge ordeal in my life today.  That whole thing has been dragged out and I don't feel safe back in that county.  Maybe only now that he is convicted do I feel like I can go back and resolve my court stuff. The mental toll that this has taken on me – the after effects are endless.  I have no joy in the things I used to do.  I'm so scared that my charges won't ever go away, and that I won't be able to resolve the court stuff all because of this.  I'm terrified of the officers here in jail.  My life has been fucked because of this! Eric Kindley was methodical in his assaults, he knew who to assault.  He knew who might be weak.  He investigated us women and knew who he could attack.  The roads that he took me on, I know he was no stranger to.  They should probably take cadaver dogs out there to make sure no one was left out there.  He is a dangerous predator.  He should never be allowed out in to society again.

**I relive this over and over again every time I hear from the government about this case. Those 36 hours that I lived through torture me to this day.   That power that he had, to just be able to do that to anyone he wanted to makes me sick.  All under the guise of being a federal marshal.  He used that badge to abuse me instead of protect me.  I don't like talking to cops now because of this.  I live in constant fear and it's always in the back of my mind that law enforcement has something over me. That badge of his destroyed my life.**
**I am convinced that if he ever got out he'd do it again.  He should never be allowed out to do that to anyone again.  I don't think you guys have gotten all the victims.  I believe there are probably 100's of victims out there that aren't ready or strong enough yet to talk about what he did.  I just know there have to be others that haven't come forward.  We have to think about this every day – what he took from us, he should have to sit in prison forever and think about what he did.  Every day for the rest of his life he should rot, thinking about his actions!  I will never forget what has happened to me.**

**Exhibit #10: Victim Impact Statement from T.W.**

July 29, 2020


Statement form T.W.

Dear Judge,

I was uncomfortable immediately because he didn't have a partner.  I have been transported a thousand times it seems like, because I have been on the wrong side of the law a lot, and I've never had to be alone like that.  I pretty quickly thought he was shady because we were supposed to pick someone else up and he took lots of back roads which I thought was weird.   He tried to talk sexually to me and test the waters with me, but I let him know immediately that I wasn't that kind of female and that he had the wrong one.  I'm very familiar with the system and I told him that, I think he knew he wasn't going to be able to mess with me. The transport was five days long and was very uncomfortable.

Going to court and testifying was probably the worst.  I didn't want to do it.  I didn't like having to come and talk about this in front of people.  Being involved in this was rough because the FBI Agent kept calling me on my job and because I have a record, it's not good for me to get calls on the job.  And after I testified, things got worse for me because I ended up getting stuck in Arkansas for a month and a half due to the pandemic and my family had to come get me.  I missed drug court while I was in Arkansas and getting kicked out of drug court means I'm looking at 4 to 6 years – I'm now fighting a prison sentence.  I really feel like I needed to be back in New Mexico dealing with my other legal issues and meanwhile I was stuck in Arkansas.

I would like to see him get what he deserves.  The fact that he's used his position against us women – he needs to go away for a long while.  For their own sanity and for them to feel safe he needs to stay there long enough so that he gets old and can't do this to anyone else.  I don't think it's right that us females have to worry about ourselves when we are locked up. I feel really sorry for the women he assaulted and I wish them the best and I know that it is not something easy to get over.  I have been raped before and I feel lucky that he didn't get to me during those five days with him.  It's messed up that he took advantage of women that he knew would be afraid to talk or don't know nothing about the system.  I really believe that he knew I knew the system and decided to leave me alone but other women weren't so lucky.


Thank you,

T.W.

**Exhibit #11: Victim Impact Statement from R.M.**

Dear Judge:                                                                    9-9-2020


My sister is just one of Eric Scott Kindley's many unfortunate victims who were abused physically, sexually, mentally, and will forever be affected emotionally. There has been an unimaginable amount of trauma over the past few years. I will forever live to regret my response to my sister after she confided in me that she had been assualted physically and sexually by a transporter. I was immediatly angry and asked how could she let this happen ? Why didn't she run or scream? It was only after my reaction she completly shut down and she could only try and explain to me that he would shoot her if she ran and there was noone to help if she were to scream because he took her to a backroad.He even made sure she believed he had a close bond with the guards before he dropped her off. He had her exactly where he wanted her . I still wish it was me he came across but ofcourse it can be so easy to feel invincible until your  in the situation. All i can do now is try to move forward and help my sister seek all the counsling she needs so that she can gain her dignity back and no longer feel humiliated. My sister was alone in the dark for along time trying to cope with her pain and disgust. I now know that there is hope not only for my sister , but for her two children. I will forever be grateful for Mrs. Gold , Mrs.White , Mrs. Milan , and Mr.Robert's endless hard work and compassion. They all have begun to repair the broken in my sister . My sisters voice has been heard through thier voice. My sister will know that Eric Scott Kindley is a liar because he  lied to her, a theif because he stole from her, a con artist because he cheated not only her but the system, and most of all a coward who could'nt have have chosen anyone more vulnerable all for his sadistic pleasure. Eric Scott Kindley abused his authority to abuse my sister when he was the only one to protect her . His actions were never a mistake that he would live to regret and his actions would surley have continued if one more victims voice was left in the dark. There is only one reason why Eric Scott Kindley has not created another victim since June of 2018 and it's because of his incarceration.

R.m.

**Exhibit #12:Victim Impact Statement KMK**

July 28, 2020

Dear Judge:

This is KMK and I am grateful to be able to write a statement about the negative impact that Eric Kindley had on my life.

I was married to him for one year and a half (from 2005-2007) and it wasn't a good relationship.  He was very controlling in the relationship and would become easily angry with me. He wanted to know where I was all the time.  He wouldn't let me keep friends and isolated me.

I used to be an occupational therapist, a job I was very passionate about, and he made me give up that job to work for him and become his office manager.  I also occasionally traveled with him while he did transports and he treated me terribly in front of the inmates.  So much so that a couple of the inmates told me that they would beat him up if he kept talking to me like that in front of them.

 He demanded I have sex with him.  He emotionally abused me and was purposely hurtful to me with his words.  I cried a lot.  He never hit me but when he got mad he would have his gun sticking up and would pace in front of me with it.  It always made me nervous.  He always thought that he was above the law.  My relationship with him caused me to be diagnosed with PTSD and severe anxiety.  I have flashbacks of him and then it goes to flashbacks from my first husband who was also abusive towards me.  I fear him coming back to hurt me in some way if he gets out of jail because any one who crosses him, he is very vindictive towards those people.  Even doing this statement has stressed me out. I fear that if he knows that I am writing this statement that he will one day come after me for crossing him.  I am in therapy and I have to take medication prescribed by a psychiatrist for my anxiety and PTSD.

He also treated his mother terribly.  She was a very sweet woman.  One minute he would be incredibly nice to her and then would flip on her and cuss her out.

When I separated from him the first time he tracked me down at an old friend's house and he went off on me and accused me of being with someone and it was just a female friend.  I remember that day when I first tried to leave.  He physically blocked me from leaving the house.  I had to wait until he took a shower for me to get out of there.  I did eventually come back but that was a mistake because his controlling ways only got worse.  When I got back and he learned that I had been in contact with my ex-boyfriend during our separation, he threatened my ex-boyfriend with burning his house down and said he was going to "fuck" his girlfriend right in front of him.  He was very vindictive.  One time when he was upset because our dog listened to me and not him, I watched him beat our German Shepherd in a full-blown rage.  I also had to go back and get a cat he left for dead alone after he moved out of the house we had rented.  He was awful to our animals.

 I finally got away and it was really hard to reestablish myself after leaving him.  I basically went in to hiding after I left him because I did not want him to find me.

The FBI agent called me up one day and asked me if I knew Kindley.  I was shocked to learn that he had been arrested for these things but at the same time I could see it happening.

I think he needs to go away for a long time.  He has a very Jeckll and Hyde syndrome.  He's very clever with his words and brilliant with the computer.  I remember him telling me once that restraining orders are just a piece of paper – and that rules don't apply to him.  If he got out, he'd go back to what he was doing.  I would like to know what he is sentenced to because I do fear what he will do when he gets out.  I'm

worried he'll know I wrote this and come after me.  I do know it is the right thing to do to tell the court about what kind of person he is, but I am very scared of him finding me.

Thank You

KMK

**Exhibit #13: Victim Impact Statement from E.H.**

July 20, 2020

US v. Kindley

From:  E.H.


To the Presiding Judge:

Within the first year of my being involved with him, I had warning signs.  He began by checking my phone bills and hacked in to my emails.  He at one time put a tracking device on my car.  I think he had a sense that I was trying to leave the relationship.  He began to control my every move.  He controlled the money, he was essentially my employer.  I also had three children and he knew that I needed the job.

He was very belittling to me, he always made me feel like I was stupid and less than him.  He always reminded me that he had the upper hand and that he was paying the bills.  He reminded me always that he had control.  He knew that he had me in his control he wouldn't let me go out and work and even when his company failed, I had nothing- I couldn't go anywhere.

I had to tell him where I was going and who I was with.  I was solely reliant on his vehicle to get around because he wasn't paying me and I lost my car.  It wasn't his plan for me to lose my car but when it did it gave him additional control over me and he used that to his advantage.

I always felt like what he did to me was my fault.  My children were also living with me when I was his domestic partner.  I was so busy trying to protect them and myself.   I have felt very blamed by others in my adult life and it stems from things in my childhood.  I never knew if people would believe me because of terrible experiences as a child.  As a kid I was mentally and sexually abused and when I told my mom, I was not believed by anyone, not even my mom.  I have experience not being believed and I worried if I told on Kindley, that no one would believe me and that he may even retaliate.

My dad had died the year before I got involved with Kindley.  If my dad had been alive her would have believed me and helped me.  Kindley used things about me against me.  He knew he could manipulate me.   I was very open with him because I wanted him to know the whole me.  He used the fact that people didn't believe me as a weapon and kept me under his mind control with this. He never laid a hand on me.  He wanted us to be married so that I couldn't testify against him if he ever got charged with anything.

He guilted me in to having sex with him.  He would remind me that I wasn't living up to the expectations of a live-in girlfriend.  This has lingering and lasting effects.  I'm very cautious about who I spend time with.  It's taken me time to get back to the person I was used to be friendly and kind.  You've lost trust in the world and people when you're in a relationship like this for 11 years.  I'm very blessed that behind the wake of this nightmare – I'm surrounded by people who love and supported me and know this story and there are great things happening around me.

Every day I feel confused about what I should have done differently what could I have done why didn't I see the signs?  I would listen to him berate his mother and I would think, if you could do this to your

mother who are you?  And this a woman who supported him wholeheartedly.  He would remind her of what a bad mother she was when he was a kid.  He used everything against her.

The kids were out of the loop as far as his employment.  They tried to like him.  I shielded them as much as I could.  It was only after he was arrested, that I found out how much especially my youngest daughter knew.  One night she could hear him tell me that he was going to break a coffee table over my head.  My daughter didn't sleep that night worrying that I might die and I only learned of her knowing this after he was out of our lives.  That literally broke my heart to know that my daughter lived with that fear and never felt like she could tell me.

His mom came to stay with me to get his items after he was arrested, she pressured me to tell everyone how great a person he was.  When I finally told her what he had done, she completely threated me with a lawyer who would ruin my life.

When he was taken in to custody – my kids and I lost her home.  We were lucky that we had supportive people around us to help us get through this.  It was only after time away from him, I finally was able to see that he had brainwashed me into believing that he was the victim.  That the things were happening to him were out to get him.  He made me believe that law enforcement were the enemy and that I shouldn't be trusting of law enforcement.   I don't want anyone else to live through what I have lived through or what those survivors lived through.

He's been out of my life for three years.  When he was first arrested, it was the day after my granddaughter was born.  I remember thinking this came out of nowhere – I didn't see it coming.  There was a lot of shock and confusion.  I keep wondering how could you as a person with authority be accused of doing this to women.  There was a lot of denial.

He would make me sit in the back seat of the van he used to assault women in.  I never knew why he kept the front seat the way he did with a scarf tied around it.  It dawned on me after he was arrested that he kept the front seat looking like there was someone up there.

I feel like LE tried to be supportive and tried to help me.  They have wanted to give me a voice.  They knew that he had done a lot of mental work on me and that they had manipulated me in to believing that LE was bad.  They stuck by me even though I was initially defiant and very determined to be loyal to him but also knew I was living in a lot of denial and disbelief.  They helped me work through that.  They gave me space and were patient with me and knew that I had been brainwashed.  I had nightmares that he would suddenly be let out of jail and that he was going to come after me.

I am grateful to the prosecution for their hard work.  I look back now, I know that the prosecution team saved my life.  I feel like Eric would have killed me and made it look like an accident because I knew so much about the operation of his business.  He knew I knew the ins and outs of the way the business worked and I had a lot of close contact with the agencies he worked for.  I knew how he ran that business. One Christmas he told me (2 years before he was arrested) that he had fantasized about stabbing me in the head with a spoon after a random fight.  I knew then I was in danger. He had several guns in our house.  He put a gun in my face one day and told me if I wanted to leave, I should just kill myself.  It was easier to live in denial than accept it.  It was fight or flight.  I stayed because I knew if I left, he would come after me – look for me.   He also told me once that if I ever stole money from him, he would kill my family.

He has left some lasting scars on me and my family.  I now suffer from severe panic attacks.  My daughter has nightmares that he comes after her and her daughter just to get back and me and kill my granddaughter.

We do have a good support system thankfully.

I do want to know what he is sentenced to.  I feel like he deserves life behind bars.

Keeping this inside doesn't make it any better – talking about it is very healing for me and I am glad I'm doing this statement.

Even though what he did to me is very different than what he did to those women and I would never downplay the abuse on those women, I want the Judge to know he was terrible and scary in his personal life and that way professionally and that even though he didn't do the same things to me, he had deep and lasting effects on me.

I don't want him to ever have the opportunity to be out and do anything to any other women again.  I don't want him to ever take a breath of fresh air again on the outside because given the opportunity, he will abuse again.  I wouldn't doubt it for one second that he'd be out there hurting again.


Sincerely,

E.H.